IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDEL SADSAD SANTOS,

    Petitioner,                        No. CIV S-07-0530 LKK DAD P

    vs.

KUMA J. DEBOO, et al.,

    Respondents.                   FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a federal prisoner who has filed a petition for a writ of habeas corpus ad subjiciendum. Before the court is petitioner's request for a temporary restraining order which was filed concurrently with his habeas petition. Petitioner requests an order prohibiting respondents from transferring him "outside the jurisdiction of this court while litigation is pending, so as to maintain jurisdiction over the Petitioner so that the corresponding habeas corpus action can be adjudicated." (Req. for TRO at 1.)

        The legal principles applicable to a request for injunctive relief are well established. To prevail, the moving party must show either a likelihood of success on the merits and the possibility of irreparable injury, or that serious questions are raised and the balance of hardships tips sharply in the movant's favor. See Coalition for Economic Equity v. Wilson, 122 F.3d 692, 700 (9th Cir. 1997); Oakland Tribune, Inc. v. Chronicle Publ'g Co., 762 F.2d 1374,

1376 (9th Cir. 1985).  The two formulations represent two points on a sliding scale with the focal point being the degree of irreparable injury shown.  <u>Oakland Tribune</u>, 762 F.2d at 1376.  "Under any formulation of the test, plaintiff must demonstrate that there exists a significant threat of irreparable injury."  <u>Id.</u>  In the absence of a significant showing of possible irreparable harm, the court need not reach the issue of likelihood of success on the merits.  <u>Id.</u>

The court finds that petitioner has failed to demonstrate how his transfer to an institution outside the boundaries of the Eastern District of California would result in irreparable injury.  Contrary to petitioner's expressed concern, his transfer to such an institution would not deprive this court of jurisdiction over this action.  <u>Mujahid v. Daniels</u>, 413 F.3d 991, 994 (9th Cir. 2005).

Accordingly, IT IS HEREBY RECOMMENDED that petitioner's March 19, 2007 request for a temporary restraining order be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 8, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
sant0530.tro

2