IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDEL SADSAD SANTOS,

    Petitioner,                    No. CIV S-07-0530 LKK DAD P

    vs.

KUMA J. DEBOO, et al.,

    Respondents.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed May 9, 2007, petitioner's petition for a writ of habeas corpus ad subjiciendum was dismissed and thirty days' leave to file a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 was granted. The thirty day period has now expired, and petitioner has not filed his § 2255 petition or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

2 F.2d 1153 (9th Cir. 1991).

3 DATED: June 26, 2007.

```
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE
```

7 DAD:4
sant0530.fta